930 A.2d 1223

IN THE MATTER OF LAURA P. SCOTT, AN ATTORNEY AT LAW.

September 21, 2007.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 07–073, concluding that **LAURA P. SCOTT** of **TEANECK,** who was admitted to the bar of this State in 1984, should be censured for violating *RPC* 1.1(a) (gross neglect), *RPC* 1.15(b) (failure to promptly deliver client funds held in escrow), *RPC* 4.1(a) (false statement of material fact or law), and *RPC* 8.4(c) (conduct involving dishonesty, fraud, deceit or misrepresentation), and good cause appearing;

It is ORDERED that **LAURA P. SCOTT** is hereby censured; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.